UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of American,

    Plaintiff,

v.

Gary Lee Major,

    Defendant.

Case No. 21-20427

Hon. Gershwin A. Drain

**MOTION AND BRIEF FOR LEAVE TO
DISMISS INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss the indictment against Gary Lee Major. Major died on or about February 28, 2022. The government obtained a copy of Major's death certificate[1].

Accordingly, the government requests leave to dismiss the indictment against Major.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney

---

[1] The government will provide a sealed Copy at the Court's request.

            *s/ John N. O'Brien*
            Assistant United Attorney
            Acting Chief, Drug Task Force Unit

            *s/ Andrea Hutting*
            Assistant United States Attorney
            211 W. Fort Street, Suite 2001
            Detroit, MI  48226
            andrea.hutting@usdoj.gov
            (313) 226-9110
            P68606

Dated: March 31, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, March 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen Roberts

*s/ Andrea Hutting*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
andrea.hutting@usdoj.gov
(313) 226-9110